UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HAMIDUR RASHID,

                  Plaintiff,                            23-CV-02670 (JPC)(SN)

     -against-                                   **ORDER**

JUDGE KELLY O'NEILL-LEVY,
Supreme Court of the State of New York,
New York County,

                  Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff's case seeks declaratory and injunctive relief related to the role of Supreme Court Justice Kelly O'Neill-Levy in connection with Plaintiff's matrimonial action, <u>Jessica Murray v. Hamidur Rashid</u>, Index No. 321789/2020 (Sup. Ct. N.Y. Cnty. 2020). Defendant has filed a motion to dismiss the complaint on various grounds. It appears, however, that the matrimonial action has been reassigned to a different judge, which may render all or some of Plaintiff's claims moot. Accordingly, by October 27, 2023, the parties are directed to each submit a letter, of no more than three pages, addressing whether the transfer of the underlying state matrimonial action to a different judge moots some or all of the claims in this case.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      October 17, 2023
                New York, New York