UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAMIDUR RASHID,

                    Plaintiffs,

     -against-                                          23 **CIVIL** 2670(JPC)(SN)

                                                            **JUDGMENT**

KELLY O'NEILL-LEVY,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2024, the Complaint is dismissed without prejudice and leave to amend is denied. Judgment entered in favor of Defendant Kelly ONeill-Levy. Accordingly, the case is closed.

**Dated:**  New York, New York

       February 20, 2024

                                                                **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                           **BY:**
                                                                 **Deputy Clerk**